UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Darrell Bauguess<br>703 Pilot House Drive<br>Annapolis, MD 21401<br>(301) 467-8009<br><br>and<br><br>Peter T. Lewis<br>3901 Jenifer Street, NW<br>Washington, DC 20015<br>(202) 277-9500<br><br>    Plaintiffs,<br>v.<br><br>Kent S. Foster<br>2801 McGill Terrace NW<br>Washington, DC 20008<br>(202) 328-6622<br><br>Lone Star Wireless, Inc.<br>C/O Kent S. Foster, President<br>2125 Sidney Baker<br>Kerrville, TX 78028<br>(830) 895-8700<br><br>and<br><br>American Cellular Corporation<br>C/O Ronald Ripley, General Counsel<br> And Senior Vice President<br>14201 Wireless Way<br>Oklahoma City, OK 73134<br>(405) 529-8500<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No.**_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants American Cellular Corporation ("American") and Lone Star Wireless, Inc. ("Lone Star"), for the purpose only of removing this case to the United States District Court for the District of Columbia, state:

1. **Superior Court Action**. This is an action filed in Superior Court for the District of Columbia, Civil Division, being numbered C.A. No. 0005228-06, on the docket of said Court and being a suit by Darrell Bauguess and Peter T. Lewis against American, Kent S. Foster and Lone Star.

2. **Federal Jurisdiction**. There is complete diversity of citizenship between the plaintiffs and the defendants. In particular, Plaintiff Darrell Bauguess is a resident of Maryland. Plaintiff Peter T. Lewis is a resident of the District of Columbia. Defendant American is a corporation with a place of incorporation and principal place of business other than Maryland or the District of Columbia. Defendant Lone Star is a corporation with a place of incorporation and principal place of business other than Maryland or the District of Columbia. Notwithstanding his description in the Complaint as a resident of the District of Columbia, defendant Kent S. Foster is a resident of the State of Texas. In any event, because defendant Foster has not been served, he need not join in this petition for removal. See, e.g., United States District Court, District of Columbia v. World Research Group, LLC, et al., 298 F. Supp. 2d 50, 54 (D.C. D.C. 2003). According to paragraph 21 and 22 of the Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs. (Complaint, attached hereto as Exhibit A). Accordingly, this Court has original subject-matter jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and the above-captioned civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. **Timeliness of Removal Petition**. Defendant American was served with a copy of the Complaint on or about July 13, 2006. Defendant Lone Star's registered agent was served on or about July 26, 2006. Removal of this action is therefore timely under 28 U.S.C. section 1446(b).

4. **Relief Requested**. Defendants American and Lone Star respectfully request that the United States District Court for the District of Columbia accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

| LONE STAR WIRELESS, INC. | AMERICAN CELLULAR CORPORATION |
|---|---|
| By its Attorneys, | By its Attorneys, |
| */s/ Barry Hoffman/ ARG* <br> Barry H. Gottfried (D.C. Bar No. 246280) <br> Pillsbury Winthrop Shaw Pittman LLP <br> 2300 N Street, N.W. <br> Washington, DC 20037-1122 <br> (202) 663-8184 <br> (202) 663-8007 (facsimile) <br> barry.gottfried@pillsburywinthrop.com | */s/ Alan Dial* <br> Alan R. Dial (D.C. Bar No. 450278) <br> King & Spalding, LLP <br> 1700 Pennsylvania Avenue, NW <br> Washington, DC 20006-4706 <br> (202) 661-7977 <br> (202) 626-3737 (facsimile) <br> adial@kslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the foregoing, **American Cellular Corporation's NOTICE OF REMOVAL**, by depositing a copy of the same in the U.S. Mail, first-class, postage-prepaid, and addressed as follows:

>William H. Crispin, Esq.
>Lauren A. Greenberg, Esq.
>CRISPIN & ASSOCIATES, PLLC
>555 13th Street, NW, Suite 420W
>Washington, DC 20004
>
>Attorney for Plaintiffs
>
>Barry H. Gottfried, Esq.
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, N.W.
>Washington, DC 20037-1122
>(202) 663-8184
>(202) 663-8007 (facsimile)
>barry.gottfried@pillsburywinthrop.com
>
>Attorney for Defendant

_____
Alan R. Dial

This __10__ day of August, 2006.