CO-386-online
10/03

# FILED

AUG 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Darnell Bauguess and
Peter T. Lewis

              vs

Kent Foster
Lone Star Wireless
American Cellular Corporation

)
)
)
)     Plaintiff
)
)
)
)
)
)    Defendant
)

CASE NUMBER  1:06CV01424

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 08/11/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  **Lone Star Wireless, Inc.**  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  **Lone Star Wireless, Inc.**  which have

any outstanding securities in the hands of the public:

   **NONE**

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

**DC BAR No. 246280**
BAR IDENTIFICATION NO.

**Barry Gottfried**
Print Name

**2300 N Street, NW**
Address

**Washington DC 20037**
City      State     Zip Code

**(202) 663-8184**
Phone Number

2