CO-386-online
10/03

# United States District Court
# For the District of Columbia

Darnell Bauguess and )
Peter T. Lewis )
)
)
vs   Plaintiff ) Civil Action No._____
)
Kent Foster )
Lone Star Wireless )
American Cellular Corporation )
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **American Cellular Corporation** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **American Cellular Corporation** which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

**DC BAR No. 450278**
BAR IDENTIFICATION NO.

**Alan Dial**
Print Name

**1700 Pennsylvania Avenue, NW**
Address

**Washington   DC   20006**
City          State          Zip Code

**(202) 661-7977**
Phone Number