IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Darrell Bauguess et al. ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:06CV01424/ EGS |
| ) | |
| v. ) | |
| ) | |
| Kent S. Foster et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that William H. Crispin and Lauren A. Greenberg of the firm of Crispin & Associates, P.L.L.C. enter their Notice of Appearance as counsel of record for Plaintiffs Darrell Bauguess and Peter T. Lewis in the above-captioned matter.

Respectfully submitted,

*/s/ Greenberg*

William H. Crispin (D.C. Bar No. 363770)
Lauren A. Greenberg (D.C. Bar No. 466846)
CRISPIN & ASSOCIATES, PLLC
555 13th Street, N.W., Suite 420W
Washington, D.C. 20004
(202) 828-0152 – phone
(202) 828-0155 – facsimile

August 16, 2006        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via first-class mail postage prepaid this 16th day of August 2006 on:

Kent S. Foster
2801 McGill Terrace N.W.
Washington, D.C. 20008

Barry H. Gottfried
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Attorney for Lone Star Wireless, Inc.

Alan R. Dial, Esq.
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
Attorney for American Cellular Corporation

_____
Lauren A. Greenberg