**EXHIBIT A**





Anthony A. Williams

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database



QUESTIONS?
Ask Our Online Service Rep

## Property Detail

**Address:** 2801 MCGILL TR NW
**SSL:** 2200 0044

### Record Details

| | | | |
|---|---|---|---|
| Neighborhood: | MASS. AVE. HEIGHTS | Sub-Neighborhood: | |
| Use Code: | 12 - Residential-Detached-Single-Fa | Class 3 Exception: | No |
| Tax Type: | TX - Taxable | Tax Class: | 001 - Residential |
| Homestead Status: | ** Not receiving the Homestead Deduction | | |
| Assessor: | ARLETHA FOSTER | | |
| Gross Building Area: | | Ward: | 3 |
| Land Area: | 8,187 | Triennial Group: | 1 |

### Owner and Sales Information

| | |
|---|---|
| Owner Name: | KENT S FOSTER |
| Mailing Address: | 1 PLAZA SQ STE 204; PORT ARTHUR TX77642-5513 |
| Sale Price: | Not Available |
| Sale Date: | Not Available |
| Instrument No.: | |

### Tax Year 2007 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2007) |
|---|---|---|
| Land: | $738,220 | $949,280 |
| Improvements: | $586,150 | $663,750 |
| Total Value: | $1,324,370 | $1,613,030 |
| Taxable Assessment: * | $1,324,370 | $1,613,030 |

* Taxable Assessment after Tax Assessment Credit and after $60,000 Homestead Credit, if applicable. (Click here for more information).

** If you believe you should be receiving tax relief through the Homestead deduction program and if you are domiciled in the District and this property is your principal place of residence, you can access the link below, complete the form, and return it per the instructions. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief application *

---

View Tax Information | View Property Features | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |



**WELCOME TO WASHINGTON District of Columbia**

Anthony A. Williams

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

# Real Property Assessment Database - Search Results

**New Search**

Results 1 to 1 of 1   first| previous | next | last

Click on a property to view detail and assessment information.

| Square/Suffix/Lot | Premise Address | Owner Name | Neighborhood | Sub-Neighborhood | Use Code | 2007 Total Assessment |
|---|---|---|---|---|---|---|
| 2200 0044 | 2801 MCGILL TR NW | KENT S FOSTER | MASS. AVE. HEIGHTS | | 12 | $1,613,030.00 |

Results 1 to 1 of 1   first| previous | next | last

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004



QUESTIONS?
Ask Our Online Service Rep

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |





Anthony A. Williams

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

## Property Detail - 2801 MCGILL TR NW
## SSL:2200 0044

/ Account Summary \ / Real Property Tax \

Click on a folder tab above to view tax information.

| Tax | Amount Balance | As of Date |
|---|---|---|
| **Real Property** | $.00 | 07/22/2006 |

*The outstanding amounts displayed here may not include updated penalty and interest.

**View Property Detail | View Property Features | View Payments**

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004



QUESTIONS? Ask Our Online Service Rep




**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

## Active Payments
## SSL:2200 0044

| Source ID** | Transaction ID** | Tax Year | Deposit Date | Tax Collected | Interest Collected | Penalty Collected | Total |
|---|---|---|---|---|---|---|---|
| 1052397233659 | 1052397233659 | 2005 | 09/15/2005 | $5,507.28 | $.00 | $.00 | $5,507.28 |
| 1062397133744 | 9100017264238 | 2006 | 03/31/2006 | $6,092.10 | $.00 | $.00 | $6,092.10 |
| 1052397134445 | 1052397134445 | 2005 | 03/31/2005 | $5,507.28 | $.00 | $.00 | $5,507.28 |

*Only payments received on or after January 14, 2005 are displayed on this page.

**Payments where Transaction ID and Source ID differ indicate that one payment paid off multiple years of liability.

View Property Detail | View Tax Information | View Property Features

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004


QUESTIONS?
Ask Our Online Service Rep

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ☆ Kids ☆ |





Anthony A. Williams

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

## Property Detail - 2801 MCGILL TR NW
## SSL:2200 0044

/ Account Summary \  / Real Property Tax \

Below is the most current billing information for the Real Property Tax on this property.

| Description | Tax Amount | Penalty Amount | Interest Amount** | Fees Amount | Total Original Due | Total Credits*** | Total Payment | Balance | Tax S Indic |
|---|---|---|---|---|---|---|---|---|---|
| 2006 FIRST HALF | $6,092.10 | $.00 | $.00 | $.00 | $6,092.10 | $.00 | $6,092.10 | $.00 | |
| 2005 TAX YEAR | $11,014.56 | $.00 | $.00 | $.00 | $11,014.56 | $.00 | $11,014.56 | $.00 | |

**Current Balance**                                                                                         DCN                    06150



**QUESTIONS?** Ask Our Online Service Rep

*The outstanding amounts displayed here reflect payments and credits which have been applied to this account as well as some Homestead Audit charges; however, balance due may not include updated penalty and interest.

*For billing information contact OTR Customer Service at (202) 727-4TAX.

**Interest Amount for tax year 2003 and prior, computed as of 1/31/05.

***Credits are the result of adjustments made to real property tax accouts, credits from receiving a benefit, or overpayments in a prior period.

View Property Detail | View Property Features | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue,
Washington, DC 20004