# PublicData.com

➡ *Texas Driver Detail*

| Name | License number | Address | DOB |
|---|---|---|---|
| FOSTER, KENT S | 012701897 | 4000 DRYDEN ROAD | Aug 21 1944 |
| Class | City/Zip | Last transaction date | Last transaction |
|  | PORT ARTHUR 77642 | Jan 21 2004 | Duplicate |
| Above information as provided by state - Our annotations are below ||||
| Address (click to find others) | City/State/Zip (click to find others) | | |
| 4000 Dryden Rd | Port Arthur, TX 77642-2841 | | |

*The detail view of this record will be recorded as one 'Detail look-up'.*

**EXHIBIT B**