

```
                                        JEFFERSON COUNTY COURTHOUSE
                                        P.O. BOX 2112, BEAUMONT, TEXAS 77704
                                     (409) 835-VOTE   (409) 985-VOTE  FAX: (409) 835-8589
                                         EMAIL: registertovote@co.jefferson.tx.us
```

# MIRIAM K. JOHNSON
VOTER REGISTRAR

TO WHOM IT MAY CONCERN:

NAME: **KENT S FOSTER**          BIRTH DATE: 08-21-44
ADDRESS: **4000 DRYDEN**         SS#: XXX-XX-8113
CITY/ST/ZIP: **PORT ARTHUR, TEXAS 77642KENT**

THIS IS TO CERTIFY THAT **KENT S FOSTER** IS A REGISTERED VOTER IN JEFFERSON COUNTY, TEXAS.  HE/SHE HOLDS REGISTRATION CERTIFICATE NUMBER **200315** AND IS QUALIFIED TO VOTE IN PRECINCT **#93**.  THIS VOTER REGISTRATION CERTIFICATE WAS ISSUED BETWEEN JANUARY 1, 2006 AND DECEMBER 31, 2007.  THE ORIGINAL APPLICATION WAS ISSUED ON 09-04, 1982.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THE 30 DAY OF AUGUST, 2006.

MIRIAM K. JOHNSON
VOTER REGISTRAR
JEFFERSON COUNTY, TEXAS

BY: *Kerry E Grensberg*
Deputy, Voter Registrar

certify2

EXHIBIT C