

Natwar M. Gandhi – Chief Financial Officer
Sherryl Hobbs Newman – Deputy Chief Financial Officer
Government of the District of Columbia

**REAL PROPERTY TAX BILL**
Office of Tax and Revenue
P.O. Box 98095 • Washington, DC 20090-8095

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 2200 | | 0044 | 2801 MCGILL TR NW | 239 | 1,324,370 | 0.92 | 12,184.20 |

Notice Number: 3590451060816

#BYNQJCZ
#2200 0000 0044 RPT0#
KENT S FOSTER
1 PLAZA SQ STE 204
PORT ARTHUR, TX 77642-5513

Amount Enclosed: $ ☐☐☐,☐☐☐,☐☐☐.☐☐

For Official Use Only: ☐☐☐☐☐

| PAYMENT DUE BY: | Sep 15, 2006 | AMOUNT DUE: | 6,092.10 |
|---|---|---|---|

8 2200    0044 062061497 0000609210

------------PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT------------

Notice Number: 3590451060816

**Tax Year 2006 is October 1, 2005 thru September 30, 2006 Class 001**

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 2200 | | 0044 | 2801 MCGILL TR NW | 239 | 1,324,370 | 0.92 | 12,184.20 |

| DESCRIPTION | TAX | PENALTY | INTEREST | PAYMENT | TOTAL |
|---|---|---|---|---|---|
| 2006 Second Half | 6,092.10 | | | | 6,092.10 |
| Total | | | | | 6,092.10 |

OFFICE OF TAX AND REVENUE RECEIVED AUG 2 5 2006 INITIALS CUSTOMER SERVICE CENTER

**Additional Information**
- TO PAY YOUR TAX IN PERSON, YOU MUST PAY YOUR TAX BILL AT ANY WACHOVIA BANK IN WASHINGTON, DC.
- 40% OF YOUR TAX YEAR 2006 REAL PROPERTY TAX IS USED TO PAY THE GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.
- YOUR MORTGAGE COMPANY HAS REQUESTED YOUR TAX BILL. IF THEY ARE NOT RESPONSIBLE, SEE REVERSE SIDE.

**TAXPAYER'S RECORD**
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FP-177 (REV. 12/04)

| Payment Due By: | Sep 15, 2006 | Amount Due: | 6,092.10 |
|---|---|---|---|
| Payment Due By: | Oct 15, 2006 | Amount Due: | 6,792.69 |
| Payment Due By: | Nov 14, 2006 | Amount Due: | 6,884.07 |

**EXHIBIT D**

GENERAL BILL INFORMATION

Please detach and return the top portion of this bill with your payment in the enclosed envelope. keep the lower part for your records.

**PAYMENTS**
You must pay your bill due by March 31 (first half tax payment) or September 15 (second half tax payment) at any D.C. branch of WACHOVIA BANK (formerly FIRST UNION BANK) or mail your payment to the GOVERNMENT OF THE DISTRICT OF COLUMBIA, OFFICE OF THE CHIEF FINANCIAL OFFICER, OFFICE OF TAX AND REVENUE, P.O. BOX 98095, WASHINGTON, D.C. 20090-8095. Please make your check or money order payable to the **D.C. Treasurer**. To ensure that your payment is recorded accurately, write your square, suffix and lot numbers on your check or money order. A $65 fine will be imposed if your bank dishonors your check.
If you have a "Balance Due" on your Real Property Tax account you may use our online eCheck system to pay your bill.

To use the Real Property Tax eCheck online payment system, go to www.cfo.dc.gov/otr
1. Click on **REAL PROPERTY TAX DATABASE** SEARCH
2. Click ON SEARCH **REAL PROPERTY ASSESSMENT DATABASE** and enter your square and lot or your address.
3. Click on your property to retrieve your account information.
4. Click on **VIEW TAX INFORMATION** (at the bottom of the page).
5. Then, click on **PAY MY PROPERTY TAX ONLINE**. Follow the steps to make your payment.

**PROTESTS**
Please check your bill for the correct classification and any appropriate Homestead and/or Senior Citizens Tax Relief deductions. If you believe that your bill is incorrect, pay the amount due on the bill by the due date, then send a letter in a separate envelope to the address below, within ten (10) days of the due date, explaining why you disagree with the bill. **MAIL YOUR PROTEST SEPARATELY TO: GOVERNMENT OF THE DISTRICT OF COLUMBIA, OFFICE OF THE CHIEF FINANCIAL OFFICER, OFFICE OF TAX AND REVENUE, CUSTOMER SERVICE ADMINISTRATION**, 941 North Capitol Street, N.E., 4th floor, Washington, D.C. 20002. **DO NOT SEND YOUR PROTEST WITH YOUR PAYMENT.**

**TAXPAYER INFORMATION**
For other service or bill questions, visit our Customer Service Center at 941 North Capitol Street, N.E. First Floor, Monday-Friday 8:15 a.m. – 4:30 p.m. (except holidays), or call our Customer Service Center at (202) 727-4TAX (4829).

**MORTGAGE COMPANY INFORMATION**
If a mortgage company message is listed on the front, a mortgage company has requested your bill. If you did not ask that they pay, or if you are not completely sure they will pay your taxes, contact your mortgage company. If you are paying the bill instead of a mortgage company, send the top portion of this bill with your payment. If you are paying more than one tax bill, please send the top portion of all bills being paid with your payment.

**ADDRESS CHANGES**
To change your address for tax bills and other real property tax information, please send the written request to: GOVERNMENT OF THE DISTRICT OF COLUMBIA, OFFICE OF THE CHIEF FINANCIAL OFFICER, OFFICE OF TAX AND REVENUE, Customer Service Center, 941 North Capitol Street, N.E., First Floor, Washington, D.C. 20002. **DO NOT WRITE ADDRESS CHANGES ON THE RETURN PORTION OF YOUR BILL.**

**PENALTY AND INTEREST CHARGES**
If your payments is late, you will be charged a 10% penalty and interest at 1.5% penalty and interest 1.5% for each month or portion thereof that your taxes remain unpaid. Your payment is late if it is not received or postmarked (by the U.S. Postal Service) on or before the bill due date.

**TAX SALES**
Properties on which any real property tax, special and nuisance assessment, public space rentals, are delinquent, may be advertised in local newspapers and included in the tax sale.

FP.177.B Rev. 1/06



**WELCOME TO WASHINGTON District of Columbia**

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

MAYOR Anthony A. Williams

**CFO**
HOME
TAXPAYER SERVICE CENTER
REAL PROPERTY SERVICES
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

QUESTIONS? Ask Our Online Service Rep

◀ Prev

# Property Detail

**Address:** 2801 MCGILL TR NW
**SSL:** 2200 0044

### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | MASS. AVE. HEIGHTS | **Sub-Neighborhood:** | |
| **Use Code:** | 12 - Residential-Detached-Single-Fa | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 001 - Residential |
| **Homestead Status:** | ** Not receiving the Homestead Deduction | | |
| **Assessor:** | ARLETHA FOSTER | | |
| **Gross Building Area:** | | **Ward:** | 3 |
| **Land Area:** | 8,187 | **Triennial Group:** | 1 |

### Owner and Sales Information

**Owner Name:** KENT S FOSTER
**Mailing Address:** 1 PLAZA SQ STE 204; PORT ARTHUR TX 77642-5513
**Sale Price:** Not Available
**Sale Date:** Not Available
**Instrument No.:**

### Tax Year 2007 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2007) |
|---|---:|---:|
| **Land:** | $738,220 | $949,280 |
| **Improvements:** | $586,150 | $663,750 |
| **Total Value:** | $1,324,370 | $1,613,030 |
| **Taxable Assessment:** * | $1,324,370 | $1,613,030 |

* Taxable Assessment after Tax Assessment Credit and after $60,000 Homestead Credit, if applicable. (Click here for more information).

** If you believe you should be receiving tax relief through the Homestead deduction program and if you are domiciled in the District and this property is your principal place of residence, you can access the link below, complete the form, and return it per the instructions. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief application *

https://www.taxpayerservicecenter.com/RP_Detail.jsp?ssl=2200%20%20%20%200044



**View Tax Information | View Property Features | View Payments**

| | | |
|---|---|---|
| Government of the District of Columbia Citywide Call Center : (202) 727-1000 TTY/TDD Directory | Telephone Directory by Topic  |  Agencies  |  DC Council  |  Search  |  Elected Officials<br><br>Feedback  |  Translation  |  Accessibility  |  Privacy & Security  |  Terms & Conditions | John A. Wilson Building 1350 Pennsylvania Avenue, NW Washington, DC 20004 |



| | DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |

**HOME**
**CFO**
**TAXPAYER SERVICE CENTER**
**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**QUESTIONS?**
Ask Our Online Service Rep

## Active Payments
## SSL:2200 0044

| Source ID** | Transaction ID** | Tax Year | Deposit Date | Tax Collected | Interest Collected | Penalty Collected | Total |
|---|---|---|---|---|---|---|---|
| 1052397233659 | 1052397233659 | 2005 | 09/15/2005 | $5,507.28 | $.00 | $.00 | $5,507.28 |
| 1062397133744 | 9100017264238 | 2006 | 03/31/2006 | $6,092.10 | $.00 | $.00 | $6,092.10 |
| 1052397134445 | 1052397134445 | 2005 | 03/31/2005 | $5,507.28 | $.00 | $.00 | $5,507.28 |

*Only payments received on or after January 14, 2005 are displayed on this page.

**Payments where Transaction ID and Source ID differ indicate that one payment paid off multiple years of liability.

View Property Detail | View Tax Information | View Property Features

Government of the District of Columbia Citywide Call Center:
(202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004





## Property Detail - 2801 MCGILL TR NW
### SSL:2200 0044

*Account Summary* / *Real Property Tax*

| Description | Tax Amount | Penalty Amount | Interest Amount* | Fees Amount | Total Original Due | Total Credits*** | Total Payment | Balance | Tax Sale Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 2006 FIRST HALF | $6,092.10 | $.00 | $.00 | $.00 | $6,092.10 | $.00 | $6,092.10 | $.00 | |
| 2005 TAX YEAR | $11,014.56 | $.00 | $.00 | $.00 | $11,014.56 | $.00 | $11,014.56 | $.00 | |

Below is the most current billing information for the Real Property Tax on this property.

**Current Balance**    **DCN**    061509595

*The outstanding amounts displayed here reflect payments and credits which have been applied to this account as well as some Homestead Audit charges; however, the balance due may not include updated penalty and interest.
*For billing Information contact OTR Customer Service at (202) 727-4TAX.
**Interest Amount for tax year 2003 and prior, computed as of 1/31/05.
***Credits are the result of adjustments made to real property tax accouts, credits from receiving a benefit, or overpayments in a prior period.

View Property Detail | View Property Features | View Payments

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John
Wilsc
Build
1350
Penn
Aven
Wast
DC 2

DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ✰ Kids ✰




## Office of Tax and Revenue

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**SERVICES**
Business Tax Center
Individual Income Tax Center
Real Property Center
Recorder of Deeds
Tax Forms/Publications
Tax Practitioner Center

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Tax Relief and Tax Credits

**Homestead Deduction**

This benefit reduces your real property's assessed value by $60,000 prior to computing the yearly tax liability. The Homestead benefit is limited to residential property. To qualify:

1. An application must be on file with the Office of Tax and Revenue;
2. The property must be occupied by the owner/applicant and contain no more than five dwelling units (including the unit occupied by the owner); and
3. The property must be the principal residence (domicile) of the owner/applicant.

If a properly completed and approved application is filed from October 1 to March 31, the property will receive the Homestead benefit for the entire tax year (and for all tax years in the future). If a properly completed and approved application is filed from April 1 to September 30, the property will receive one-half of the benefit reflected on the second-half tax bill (and full deductions for all tax years in the future).

The Homestead Deduction application is available on the Real Property Tax Forms page.

- Information for Co-op Housing and Property Transferred to a Trust
- Cancellation of Homestead Benefit
- Homestead Reconfirmation Audits

---

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translations | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |




## Office of Tax and Revenue

CFO HOME

### Real Property Tax Rates

TAXPAYER SERVICE
CENTER

Real property is taxed based on its classification. Classification is the grouping of properties based on similar use. Properties in different classes are taxed at different rates.

SERVICES
Business Tax Center
Individual Income Tax
 Center
Real Property Center
Recorder of Deeds
Tax Forms/Publications
Tax Practitioner Center

A tax rate is the amount of tax on each $100 of the assessed value of the property. The rates are established by the Council of the District of Columbia and may change from year to year.

### How the Real Property Tax is Computed

INFORMATION

The amount of tax due is determined by dividing the assessed value of the property by $100, then multiplying that amount by the rate for the class associated with the property.

ONLINE SERVICE
REQUESTS

For example, assume your property is classified as Class 1, which means your tax rate is $0.92, and your house is assessed at $100,000. To determine the tax, divide $100,000 by 100. That amount is $1,000. Then multiply $0.92 by $1,000. Your annual tax is $920 (before the homestead, senior citizen deduction, and/or trash credits).

### Current Classes and Rates

Note: The "Real Property Classification Clarification Emergency Act of 2002" created a Class 3 tax rate for vacant commercial and residential properties in the District of Columbia. For more information visit Vacant Property Confirmation/Exceptions.

| Class | Tax Rate per $100 | Description |
|-------|-------------------|-------------|
| 1 | $0.92 | Residential real property, including multifamily |
| 2 | $1.85 | Commercial and industrial real property, including hotels and motels |
| 3 | $5.00 | Vacant real property |

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translations | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ☼ Kids ☼ |





# Office of the Chief Financial Officer

**OCFO HOME**

**SERVICES**

**INFORMATION**
Annual Operating Budget
  & Capital Plan
Annual Financial Report
Baseball in the District
Cash Reports
Debt Management
Delinquent Taxpayers
Economic Indicators
Integrity and Oversight
DC Public Schools CFO
DC Retirement Plans
Tax Rates and Revenues

**ONLINE SERVICE REQUESTS**

## Tax Rates and Revenues

### Property Taxes

| Tax | Description | Rate(s) |
|---|---|---|
| Real Property Tax | All real property, unless expressly exempted, is subject to the real property tax and is assessed at 100% of market value.<br><br>The District of Columbia has three property classes:<br><br>1) Class 1 – improved residential real property that is occupied and is used exclusively for nontransient residential dwelling purposes<br><br>2) Class 2 – commercial property<br><br>3) Class 3 – unimproved or abandoned property.<br><br>*DC Code Citation: Title 47, Chapters 7-14.* | Class 1 = $0.92 per $100 of assessed value<br><br>*Note: For Class 1 residential real property that is owner occupied, the first $60,000 of assessed value is exempt from tax.*<br><br>Class 2 = $1.85 per $100 of assessed value<br><br>Class 3 = $5.00 per $100 of assessed value |
| Deed Recordation Tax | The recording of all deeds to real estate in the District. The basis of the tax is the value of consideration given for the property. Where there is no consideration or where the consideration is nominal, the tax is imposed on the basis of the fair market value of the property.<br><br>*DC Code Citation: Title 45, Chapter 9.* | 1.1% of consideration or fair market value<br><br>*Note: 15 percent of real estate recordation taxes are deposited into the Housing Production Trust Fund.* |
| Deed Transfer Tax | Each transfer of real property at the time the deed is submitted for recordation. The tax is based upon the consideration paid for the transfer. Where there is no consideration or where the amount is nominal, the basis of the transfer tax is the fair market value of the property conveyed.<br><br>*DC Code Citation: Title 47, Chapter 9.* | 1.1% of consideration or fair market value<br><br>*Note: 15 percent of real estate transfer taxes are deposited into the Housing Production Trust Fund.* |
| Personal Property Tax | All tangible property, except inventories, used or available for use in a trade or business. The first $50,000 of taxable value is excluded from tax.<br><br>*DC Code Citation: Title 47, Chapter 15-17.* | $3.40 per $100 of assessed value |

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translations | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004