IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGESS, et al. ) | |
| ) | |
| Plaintiffs ) | Case Number: 1:06CV01424 |
| ) | Judge: Emmet G. Sullivan |
| v. ) | |
| ) | |
| KENT S. FOSTER, et al. ) | |
| ) | |
| Defendants. ) | |

## OPPOSITION OF DEFENDANT LONE STAR WIRELESS, INC. TO MOTION TO REMAND

Defendant Lone Star Wireless, Inc. ("Lone Star"), by its undersigned counsel, hereby supports the Opposition filed by Defendant American Cellular Corporation ("American") to Plaintiffs' Motion To Remand. For the reasons stated by American, removal of this case to this Court by American and Lone Star was effective and appropriate: This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and removal was effective under 28 U.S.C. §§ 1441 and 1445. Plaintiffs' motion to remand should therefore be denied.

August 30, 2006                              Respectfully Submitted,

/s/_____
Barry H. Gottfried (D.C.Bar No. 246280)
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8184
Facsimile: (202) 663-8007
barry.gottfried@pillsburylaw.com

400448673v1