IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGESS, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>KENT S. FOSTER, et al. )<br>)<br>Defendants. )<br>) | Case Number: 1:06CV01424<br>Judge: Emmet G. Sullivan |

### ORDER

Upon consideration of the Motion To Remand of Plaintiffs Darrell Baugess and Peter Lewis, the Oppositions of Defendants thereto, and the entire record herein, it is this _____ day of _____, 2006:

**ORDERED** that Plaintiffs' Motion To Remand is **DENIED**.

_____
Hon. Emmet G. Sullivan
United States District Judge