EXHIBIT 2

Darrell Bauguess, et. al., Plaintiff(s)
vs.
Kent S. Foster, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 078122-0003

## AFFIDAVIT OF DUE AND DILIGENT ATTEMPT

Service of Process on:
--Kent S. Foster
Court Case No. 005228-06

CRISPIN & ASSOCIATES
Ms. Sally McCord
555 13th St., N.W., Suite 420 W.
Washington, DC 20004

Customer File:

State of: TEXAS ) ss.
County of: JEFFERSON )

Name of Server: Beverly Burraque, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Documents Served: the undersigned attempted to serve the documents described as:
Initial Order; Summons; Complaint.

Service of Process on: The undersigned attempted to serve the documents on
Kent S. Foster
and after due and diligent efforts, was unable to effect service.

Attempts: The following is a list of the attempts made to effect service:

Dates/Time/Address Attempted: 4000 Dryden Road, Port Arthur, TX   7-26-06 @ 6:00PM
Reason for Non-Service: ELDERLY LADY IDENTIFIED HERSELF AS HIS (KENT FOSTER) "SISTER" SHE SAID MR. FOSTER DID NOT LIVE THERE THAT HE LIVED & WORKED IN KERRVILLE, TEXAS

Dates/Time/Address Attempted:
Reason for Non-Service:

Dates/Time/Address Attempted:
Reason for Non-Service:

☐ Based upon the above stated facts, Affiant believes the defendant is avoiding service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24TH day of AUGUST, 2006

4/3/08 (Commission Expires)

Signature of Server
APS International, Ltd.

GILBERT DEE DAVIS
Notary Public, State of Texas
My Commission Expires
April 03, 2008