**EXHIBIT 3**

Detail Data

Document Index Detail

Case 1:06-cv-01424-EGS   Document 11-4   Filed 09/07/2006   Page 2 of 2

Page 1 of 1

Need Help?
Save Window Location
Close Window   << Prev   Next >>

## General Information

Document #: 8700067857
Filing Date: 12/2/1987
Instrument Type: DEED
Roll: 305
Comment:

Book Type: LAND
Filing Time:
Consideration Amt: $0.00
Frame: 907

## Grantor

NEWMYER, A G III
NEWMYER, MARINA WALLACH

## Grantee

FOSTER, KENT S

## Legal Description(s)

Land Record:

Square  Lot
2200    0044

## Related Document Information

N/A

## Property Address

WASHINGTON
2801 MCGILL TR NW
DC

## Return Address

N/A

Copyright © 2006 Landata Technologies, Incorporated. All rights reserved. Disclaimer