**EXHIBIT 4**

**AMERICAN CELLULAR CORPORATION**
14201 Wireless Way
OKLAHOMA CITY, OKLAHOMA 73134
(405) 529-8500

Ronald L. Ripley
Sr. Vice President
GENERAL COUNSEL

May 4, 2006

*Via FedEx Overnight*

William H. Crispin, Esq.
Crispin & Associates, P.L.L.C.
555 13th Street, N.W.
Suite 420 West
Washington, D.C. 20004

Dear Mr. Crispin:

I refer to your letter to Larry Movshin dated April 27, 2006, relating to American Cellular Corporation's purchase of the Texas-15 cellular authorizations and amounts which you believe are owed to certain of your clients.

I am afraid I do not understand why your letter was directed to us and not to Mr. Foster and/or his attorneys. American Cellular Corporation does not have any obligation to you or your clients with respect to any contracts that your clients may have entered into with Mr. Foster. Furthermore, American Cellular Corporation is forbidden by a non-disclosure agreement and by corporate policy from sharing the documents you have requested with you or your clients. I would recommend that if you believe Mr. Foster owes any amount to your clients, that your clients and Mr. Foster execute a joint instruction letter requesting that American Cellular Corporation direct a portion of the purchase price for the cellular authorizations sufficient to pay such amounts directly to your clients or to the D.C. Superior Court as interpleader funds.

Please direct all future correspondence regarding this matter to Mr. Foster.

Sincerely,

Ronald L. Ripley

RLR:scd
cc: Kent S. Foster, Lone Star Wireless, Inc.
Leonard Q. Slap, Esq., Edwards Angell Palmer & Dodge LLP
David J. Kaufman, Esq., Brown, Nietert & Kaufman, Chartered
Stuart F. Feldstein, Esq., Fleischmann and Walsh, LLP
Lawrence J. Movshin, Esq., Wilkinson Barker Knauer, LLP

G:\RLR\2006 Correspondence\William Crispin (re TX-15).DOC