IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DARRELL BAUGESS, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>KENT S. FOSTER, et al. )<br>)<br>Defendants. )<br>） | Case Number: 1:06CV01424<br>Judge:   Emmet G. Sullivan |

### AFFIDAVIT OF KENT S. FOSTER SUPPLEMENTING OPPOSITION OF DEFENDANT LONE STAR WIRELESS, INC. TO MOTION TO REMAND

Defendant Lone Star Wireless, Inc. ("Lone Star"), by its undersigned counsel, hereby supplements its Opposition to the Motion by Plaintiffs to Remand with the Affidavit of Kent Foster, as President of Lone Star, dated on or about September 12, 2006, attached hereto as Exhibit A.

In the fourth paragraph of his attached affidavit, Mr. Foster explains that the parties settled Stein Mitchell & Mezines, LLP v. Foster et al., C.A. No. 06-6084 (Sup. Crt. D.C.) ("Stein Mitchell Lawsuit") prior to learning that Plaintiffs were attempting to link this case to the Stein Mitchell Lawsuit. The plaintiffs in the Stein Mitchell Lawsuit were paid the agreed upon amount by certified check on or about September 13, 2006, and will dismiss the

400457047v1

case once the check clears through the banking system. Lone Star will provide this Court with a copy of the dismissal as soon as practicable after they receive it.

September 18, 2006                              Respectfully Submitted,

                                                _____/s/_____
                                                Barry H. Gottfried (D.C.Bar No. 246280)
                                                PILLSBURY WINTHROP SHAW
                                                  PITTMAN LLP
                                                2300 N Street, N.W.
                                                Washington, D.C. 20037
                                                Telephone: (202) 663-8184
                                                Facsimile: (202) 663-8007
                                                barry.gottfried@pillsburylaw.com

2