# Exhibit A

Case 1:06-cv-01424-EGS   Document 12-2   Filed 09/18/2006   Page 1 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGUESS, ET AL, | |
| Plaintiffs, | Case No.: 1:06CV01424/EGS |
| v. | |
| KENT S. FOSTER, ET AL. | AFFIDAVIT OF KENT FOSTER, as President of Lone Star Wireless |
| Defendants. | |

STATE OF TEXAS    )
                  )
COUNTY OF HARRIS  )

I, Kent S. Foster, being first duly sworn, state as follows:

My name is Kent Foster. I am the President of Lone Star Wireless, the Defendant in this case. I am giving this affidavit on behalf of Lone Star Wireless, at the request of Barry Gottfried, to rebut a variety of spurious, false allegations that have been made by the Plaintiffs and their counsel.

My permanent residence has been 4000 Dryden Road in Port Arthur, Texas for more than two decades. I am registered to vote there, my drivers license is through that address, and it is where I took care of my mother until she passed away in the evacuation from Hurricane Rita a year ago.

In addition to the fact that my primary residence and homestead has been 4000 Dryden Road, it has also been my domicile. Although I own other homes in other places, including a home in Washington, DC at 2801 McGill Drive and several ranches in Texas, I have always taken great care to ensure that my primary residence and domicile is 4000 Dryden Road in Port Arthur, Texas.

It is my understanding that Mr. Bauguess and Mr. Lewis are attempting to consolidate somehow with a lawsuit filed against me by Stein Mitchell. The failure to pay Stein Mitchell at closing was an error, for which I have apologized. I've now paid Stein Mitchell, they have signed a Release, and that lawsuit is in the process of being dismissed. All of those things were negotiated by a lawyer on my behalf, the money changed hands, and the release documents were prepared and signed before I learned that Mr. Lewis and Mr. Bauguess were making an attempt to link the two cases.

With respect to my residence and domicile of 4000 Dryden Road, the lawyer from Mr. Lewis and Mr. Bauguess has made some claim relating to my prolonged absence. My prolonged absence has been due to treatment for terminal cancer at the Medical Center in Houston. I've spent about

1

4 years living almost exclusively in the Medical Center area. It seems to be more convenient than moving the hospital to 4000 Dryden Road, and I cannot understand why this has become a side issue in any lawsuit.

For at least 300 days per year, for the last 4 years, I've been physically present in Texas. It is probably closer to 360 - 365 days per year, but I cannot be 100% certain so I'm saying 300 days to be cautious. I've intended to be here until I was cured, or until my cancer reached the point where it cannot be cured. Unfortunately, I am now at the stage where the cancer cannot be cured, and I intend and expect to spend every day from now until my death in Texas.

I have attached to this affidavit a true and correct enlarged photocopy of my drivers license. It's my understanding that Mr. Herzog's secretary has earlier conducted a search of my drivers license and voter registration information from appropriate websites, and has since obtained certified copies of my voter registration and drivers license. I have attached true and correct copies of them to this affidavit as well.

Although I have a home in the Washington, DC area, I do not expect to ever see it again or spend another night in it. Having been born and raised in Texas, and having been a Texan all my life, I intend to die a Texan in Texas.

It has come to my attention that the lawyers for Mr. Lewis and Bauguess have made a spurious claim that I have been avoiding citation. That argument is ludicrous. I've been getting treatment for a terminal condition at a hospital in what many people consider to be the finest medical center on the planet earth. I have been hit with other lawsuits and I have hired lawyers to respond to them while I underwent medical treatment. We even tried a $22,000,000 claim while I was in treatment. I was able to prepare and sign this affidavit today because I was in a lawyer's office for a deposition in a recently filed lawsuit, in which I hired a lawyer to appear and answer for me.

Under normal circumstances I would voluntarily appear and answer in this lawsuit. However, because it is obvious that the lawyers for Mr. Lewis and Mr. Bauguess have been flooding the Court with false statements about me, with false statements about my residence, with false statements about my domicile, and with ticky-tacky inaccurate attacks upon the efforts by Mr. Gottfried, Mr. Herzog, and Mr. Herzog's secretary to provide the Court with the simple truth relating to my residence and domicile, I refuse to voluntarily submit to their abuse and harassment. I have great respect for all courts, including this one, but I have no respect for Mr. Crispin and his repeated false statements about me. I will not voluntarily appear in this case, thereby letting him harass me as I die.

Mr. Herzog showed me parts of the "Plaintiff's Reply to Oppositions to Motion to Remand," and I was incensed at what the Plaintiffs are telling this Court. For example, they claim that I am not unavailable to send a declaration, and say that "just a month ago" I was "well enough to close on a $25,000,000 transaction." I want this Court to know the truth: I was well enough in May that I signed the closing documents from my hospital bed. Mr. Herzog brought his secretary to the hospital, at my request, and she notarized my signature on the dozens and dozens of documents that I had to sign to close the transaction. It was exhausting. I have been unavailable. In fact, I recently underwent an extensive blood transfusion.

2

I was quite surprised to read that I have been "managing a full lifestyle, including both business and social activities." My "full lifestyle" has precluded me from being in the sun for any stretch of time during the day, has limited me to a bed for almost this entire year, and has constituted a miserable existence for almost all of 2006. They reference a lawsuit that was filed in 2003 – that's 3 years ago – and they make reference to Mr. Herzog taking me to a tennis "tournament." They incorrectly claim that it was plural. It actually was one tennis match, not a tournament, and I could not even stay for the entire thing. After an hour and a half I ran out of steam and asked Mr. Herzog to drive me back so I could lay down in bed. The "undisclosed location" for the tennis tournament was the Westside Tennis Stadium, which I had never before visited. (The ATP season-ending Masters was there for 2 years.) Since I played high school tennis, since Mr. Herzog played high school tennis, since Mr. Herzog and I have discussed that for the last 4 years, and since we agreed to play in January of 2003 and have not been able to do so due to the surgery for my colon cancer in March of 2003 and my chemotherapy since then, Mr. Herzog was kind enough – as a friend – to invite me to go watch a tennis match in the evening, so I would have a way to get outside of the four walls in which I've been trapped for far too long.

I hired Mr. Herzog in an effort to amicably resolve this dispute before this lawsuit was filed. His limited role was to settle it. Mr. Crispin, on behalf of Mr. Lewis and Mr. Bauguess, declined to enter into settlement discussions. While the Plaintiffs certainly have a right to litigate against me, and pretty soon against my estate through its Independent Executor, they have absolutely no right to mislead this Court with frivolous objections and inaccurate information relating to my domicile, residence, and availability. I have better things to do with my remaining days than to voluntarily accept service from these scoundrels. They can leave my sister Sue alone at the 4000 Dryden Road home (with her in the home some of the time, it is less likely to be burglarized while I'm gone), and I would frankly prefer it if they would leave me alone.

Sue, Mr. Herzog, and my other lawyers cannot reach me easily. My laptops were taken without my knowledge or approval, my cell phone is frequently off, and I move around in the hospital. I call them when I want to speak to them. Putting paper in their hands will not effectively give notice to me. However, if they insist, they are welcome to continue their efforts to try to personally serve me at the hospital. I have not authorized Mr. Herzog to accept service on my behalf, or to appear in the lawsuit for me. I would much rather Mr. Lewis and Mr. Bauguess litigate with my Independent Executor and leave me alone to die in peace. I have absolutely no intention of being harassed by them with litigation as I leave this earth, but I am not dodging them either.

Further affiant sayeth not.

Signed this the ____ day of September, 2006.

_____
**Kent S. Foster**

3

SWORN TO AND SUBSCRIBED before me on this the 13th day of September, 2006, to certify which witness my hand and seal of office.

[Notary seal: DONNA DICKSON, MY COMMISSION EXPIRES October 17, 2007]

_____
Notary Public In and For
The State of Texas



# AFFIDAVIT

My name is Bettie Revada; I am over the age of 21 years of age, of sound mind and capable of making this Affidavit, and personally acquainted with the facts herein stated:

I am a deputy custodian for the Driver Records Bureau of the Texas Department of Public Safety located in Austin, Texas. In my capacity as stated heretofore I am in custody and control of driving records of motorists who are issued a Texas driver's license to operate a motor vehicle in the State of Texas, and of records pertaining to personal identification cards and certificates issued by the Department. The information recorded in the files of the Texas Department of Public Safety concerning such records is required by law to be filed by this Department, and such records are compiled from documents required by law to be filed with this Department, and such records set forth matters observed pursuant to duty imposed by law as to which matters there was and duty to report. Such information is an integral part of the official records of the Texas Department of Public Safety.

In Testimony Whereof, I hereunto set my hand and affix the seal of the Department of Public Safety of the State of Texas. Done at my office in the city of Austin, this __7th__ day of _____September_____, 2006.

_/s/ Bettie Revada_
Bettie Revada, Deputy Custodian
Driver Records Bureau
Texas Department of Public Safety
Austin, Texas

| DL Number: | 12701897 |
|---|---|
| Name: | FOSTER,KENT S |
| Date of Birth: | 08211944 |
| Photo: |  |
| Address: | 4000 DRYDEN ROAD , PORT ARTHUR , TX 776420000 |

| Race: | WHITE | Sex: | M |
|---|---|---|---|
| Height: | 510 | Weight: | 215 |
| Eye Color: | HAZEL | Hair Color: | BROWN |
| Image Date: | 01202004 | Class: | CLASS C |
| Expiration Date: | 08212009 | Restriction: | |
| CDL Flag: | | Endorsement: | |

**OFFICIAL LAW ENFORCEMENT USE ONLY.**
Violations subject to civil and criminal penalties and termination of access.

For technical assistance, contact TexasOnline
24 hours a day, 7 days a week toll free at 877.452.9060
or by email at WebHelp@TexasOnlineHelp.com.

I CERTIFY THIS IS A TRUE AND CORRECT COPY
AS TAKEN FROM OFFICIAL STATE RECORDS, AS
OF ___September 7, 2006___

JOYCE E. STEVENS
CUSTODIAN OF DRIVER RECORDS

BY _____[signature]_____
   BETTIE REVADA, DEPUTY CUSTODIAN
   OF DRIVER RECORDS

AUG-30-2006 04:54PM   FROM-HERZOG,CARP& McMANUS          7137814787         T-934  P.002/002  F-233
Case 1:06-cv-01424-EGS   Document 9-3   Filed 08/30/2006   Page 1 of 1
FROM : JEFFERSON CO TAX



JEFFERSON COUNTY COURTHOUSE
P.O. BOX 2112, BEAUMONT, TEXAS 77704
(409) 835-VOTE   (409) 985-VOTE   FAX: (409) 835-8589
EMAIL: registertovote@co.jefferson.tx.us

# MIRIAM K. JOHNSON
VOTER REGISTRAR

TO WHOM IT MAY CONCERN:

NAME: **KENT S FOSTER**
ADDRESS: **4000 DRYDEN**
CITY/ST/ZIP: **PORT ARTHUR, TEXAS 77642KENT**

BIRTH DATE: 08-21-44
SS#: XXX-XX-8113

THIS IS TO CERTIFY THAT **KENT S FOSTER** IS A REGISTERED VOTER IN JEFFERSON COUNTY, TEXAS. HE/SHE HOLDS REGISTRATION CERTIFICATE NUMBER 200315 AND IS QUALIFIED TO VOTE IN PRECINCT #93. THIS VOTER REGISTRATION CERTIFICATE WAS ISSUED BETWEEN JANUARY 1, 2006 AND DECEMBER 31, 2007. THE ORIGINAL APPLICATION WAS ISSUED ON 09-04, 1982.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THE 30 DAY OF AUGUST, 2006.

MIRIAM K. JOHNSON
VOTER REGISTRAR
JEFFERSON COUNTY, TEXAS

BY: *Kerry E Ehrensberg*
Deputy, Voter Registrar

EXHIBIT C