## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

DARRELL BAUGESS, et al.                       )
                                              )
                    Plaintiffs                )          Case Number: 1:06CV01424
                                              )          Judge:    Emmet G. Sullivan
          v.                                  )
                                              )
KENT S. FOSTER, et al.                        )
                                              )
                    Defendants.               )
_____)

### NOTICE OF DISMISSAL WITH PREJUDICE OF
### THE STEIN MITCHELL LAWSUIT

Defendant Lone Star Wireless, Inc. ("Lone Star"), by its undersigned counsel, hereby provides the Court with the Dismissal With Prejudice filed on September 19, 2006, by plaintiff in Stein Mitchell & Mezines, LLP v. Foster et al., C.A. No. 06-6084 (Sup. Crt. D.C.) ("Stein Mitchell Lawsuit"). The Dismissal With Prejudice is attached hereto as Exhibit A.

In its supplemental filing dated September 18, 2006, Lone Star stated that it would provide this Court with a copy of the dismissal as soon as practicable, and they now do so by this filing.

September 20, 2006                            Respectfully Submitted,

                                             _____/s/_____
                                             Barry H. Gottfried (D.C.Bar No. 246280)
                                             PILLSBURY WINTHROP SHAW
                                               PITTMAN LLP
                                             2300 N Street, N.W.
                                             Washington, D.C. 20037
                                             Telephone: (202) 663-8184
                                             Facsimile: (202) 663-8007
                                             barry.gottfried@pillsburylaw.com