# Exhibit A

SEP-20-2006 11:40AM   FROM-HERZOG,CARP& McMANUS        7137814797        T-034  P.002/002  F-431

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

STEIN MITCHELL & MEZINES, LLP )
)
Plaintiff )
) Civil Case No. 2006 CA 006084 B
v. ) Calendar 7 – Judge Neal E. Kravitz
) Next Event: Initial Conference
KENT S. FOSTER, et al. ) 11/24/06 @ 9:00 a.m.
)
Defendants )

RECEIVED
Civil Clerk's Office
SEP 1 9 2006
Superior Court of the
District of Columbia
Washington, D.C.

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Superior Court Rules of Civil Procedure, plaintiff hereby dismisses with prejudice this action in its entirety.

Respectfully submitted,

_____
Gary S. Marx (DC Bar #358683)
Marx & Lieberman
2618 Washington Avenue
Chevy Chase, MD 20815
(tel) 301-588-1272
(fax) 301-587-5011