IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGESS, et al. ) | |
| ) | |
| Plaintiffs ) | Case Number: 1:06CV01424 |
| ) | Judge: Emmet G. Sullivan |
| v. ) | |
| ) | |
| KENT S. FOSTER, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT AMERICAN CELLULAR CORPORATION'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant American Cellular Corporation ("American"), by its undersigned counsel, hereby files this Motion for Leave to File a Supplemental Opposition to Plaintiffs' Motion to Remand. As detailed more fully in the attached Memorandum, there have been recent developments that render Plaintiffs' assertions made in support of their Reply moot.

For the reasons set forth above, Defendant respectfully requests leave to file the attached Response.

AMERICAN CELLULAR
CORPORATION
By its Attorneys,

Alan R. Dial (D.C. Bar No. 450278)
King & Spalding, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
(202) 661-7977
(202) 626-3737 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARRELL BAUGESS, et al.         )
                                )
        Plaintiffs              )   Case Number: 1:06CV01424
                                )   Judge: Emmet G. Sullivan
    v.                          )
                                )
KENT S. FOSTER, et al.          )
                                )
        Defendants.             )
                                )

## DEFENDANT AMERICAN CELLULAR CORPORATION'S MEMORANDUM IN SUPPORT OF ITS SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant American Cellular Corporation ("American"), by its undersigned counsel, hereby files this Memorandum in Support of its Supplemental Opposition to Plaintiffs' Motion to Remand. In support of this Memorandum, American states as follows:

1. On August 11, 2006, American, along with its co-defendant Lone Star Wireless, Inc. ("Defendants"), filed a notice to remove this action pursuant to 28 U.S.C §§ 1332(a) and 1441.

2. On August 16, 2006, Plaintiffs filed a motion to remand this action to the Superior Court of the District of Columbia, arguing essentially that an unserved defendant, Kent Foster, was a citizen of the District of Columbia. (Memorandum of Points and Authorities in Support of Motion to Remand at pg. 5)

3. On August 30, 2006, Defendants filed an opposition to Plaintiffs' motion to remand, which attached Mr. Foster's Texas drivers license, voter registration card and property records as proof of his Texas citizenship.

4. On September 7, 2006, Plaintiffs filed a reply, asserting that judicial economy favors remanding this action to the Superior Court because a case, *Stein Mitchell & Mezines, LLP v. Foster et al.*, C.A. No. 06-6084 (Sup. Crt. D.C.) ("Stein Mitchell Lawsuit"), with similar facts and parties, is currently being litigated there and asserting that the indispensable party raised by American arguably is a citizen of the District of Columbia. (Reply brief at pg. 5-7)

5. As set forth in the Affidavit of Kent S. Foster Supplementing Opposition of Defendant Lone Star Wireless, Inc. To Motion to Remand, filed on September 18, 2006, the parties in the Stein Mitchell Lawsuit have settled and agreed to a stipulation, dismissing that case with prejudice. (Exhibit 1, Filed Stamped Copy of Stipulation).

6. American further states that the indispensable party raised in its Answer and Affirmative Defenses is Kent Foster.

7. Pursuant to District of Columbia Rule LCvR 7(m), Defendant has conferred with Plaintiffs' counsel, and they have advised us that they have reserved the right to oppose this motion.

RESPECTFULLY SUBMITTED, this, the 21st day of September, 2006.

AMERICAN CELLULAR
CORPORATION

By its Attorneys,

Alan R. Dial (D.C. Bar No. 450278)
King & Spalding, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
(202) 661-7977
(202) 626-3737 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the foregoing, **American Cellular Corporation's Motion for Leave to File a Supplemental Opposition to Plaintiffs' Motion to Remand**, by depositing a copy of the same in the U.S. Mail, first-class, postage-prepaid, and addressed as follows:

> William H. Crispin, Esq.
> Lauren A. Greenberg, Esq.
> CRISPIN & ASSOCIATES, PLLC
> 555 13th Street, NW, Suite 420W
> Washington, DC 20004
>
> Attorney for Plaintiffs
>
> Barry H. Gottfried, Esq.
> Pillsbury Winthrop Shaw Pittman LLP
> 2300 N Street, N.W.
> Washington, DC 20037-1122
> (202) 663-8184
> (202) 663-8007 (facsimile)
>
> Attorney for Defendant

_____
Alan R. Dial

This 21st day of September, 2006.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGESS, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>KENT S. FOSTER, et al. )<br>)<br>Defendants. )<br>) | Case Number: 1:06CV01424<br>Judge: Emmet G. Sullivan |

## ORDER

Upon consideration of Defendants' Motion For Leave To File a Supplemental Opposition to Plaintiffs' Motion to Remand, and the entire record herein, it is this _____ day of _____, 2006:

**ORDERED** that Defendants' Motion For Leave To File a Supplemental Opposition to Plaintiffs' Motion to Remand is **GRANTED.**

_____
Hon. Emmet G. Sullivan
United States District Judge