EXHIBIT 1

Case 1:06-cv-01424-EGS   Document 14-2   Filed 09/21/2006   Page 2 of 2
Case 1:06-cv-01424-EGS   Document 13   Filed 09/20/2006   Page 2 of 2

SEP-20-2006  11:40AM  FROM-HERZOG,CARP& McMANUS          7137814787        T-034  P.002/002  F-431

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division



RECEIVED
Civil Clerk's Office
SEP 1 9 2006
Superior Court of the
District of Columbia
Washington, D.C.

STEIN MITCHELL & MEZINES, LLP

    Plaintiff

v.

KENT S. FOSTER, et al.

    Defendants

Civil Case No. 2006 CA 006084 B
Calendar 7 – Judge Neal E. Kravitz
Next Event: Initial Conference
11/24/06 @ 9:00 a.m.

### DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Superior Court Rules of Civil Procedure, plaintiff hereby dismisses with prejudice this action in its entirety.

Respectfully submitted,

Gary S. Marx (DC Bar #358683)
Marx & Lieberman
2618 Washington Avenue
Chevy Chase, MD 20815
(tel) 301-588-1272
(fax) 301-587-5011

**EXHIBIT 1**