IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Darrell Bauguess et al. ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:06CV01424/ EGS |
| ) | |
| v. ) | |
| ) | |
| Kent S. Foster et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE UPON DEFENDANT KENT S. FOSTER

Please take notice that on September 8, 2006, Defendant Kent S. Foster was

served with the summons and a copy of the complaint in the above-captioned matter

pursuant to Federal Rule of Civil Procedure 4. See Affidavit of Service, attached hereto

at Exhibit A.

Respectfully submitted,

*LGreenberg*

William H. Crispin (D.C. Bar No. 363770)
Lauren A. Greenberg (D.C. Bar No. 466846)
CRISPIN & ASSOCIATES, PLLC
555 13th Street, N.W., Suite 420W
Washington, D.C. 20004
(202) 828-0152 – phone
(202) 828-0155 – facsimile

September 21, 2006                     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Service was served electronically via the ECF case filing system except for Kent S. Foster, who was served via first-class mail postage prepaid this 21st day of September 2006 at:

Kent S. Foster
2801 McGill Terrace N.W.
Washington, D.C.  20008

Lauren A. Greenberg