**EXHIBIT A**

**Southern District of Texas, Texas**
515 RUSK ST HOUSTON TX 77002

Case #: 061424EGS

DARRELL BAUGUESS

*Plaintiff*
vs
KENT S. FOSTER

*Defendant*

## AFFIDAVIT OF SERVICE
(Private Process)

I, Andrea Jones, being duly sworn deposes and says;
That I am a competent person more than 18 years of age or older and not a party to this action. That I received the documents stated below on **09/08/06 15:00 pm**, instructing for same to be delivered upon **Foster, Kent S. By Delivering To Subject's Sister, Refused To Give Name.**

That I delivered to : **Foster, Kent S. By Delivering To Subject's Sister, Refused To Give Name**

the following : **FEDERAL SUMMONS/COMPLAINT**

at this address : **4000 Dryden Rd**
**Port Arthur TX 77640**

Manner of Delivery : **by SUBSTITUTE SERVICE per Order by delivering to a person over sixteen (16) years of age, at the above listed address, which is the usual place of abode/business of the above named person.**
Date and time : **September 8, 2006 6:55 pm**

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

_9-8-06_
Date

Andrea Jones
Texas LIC#: SCH-1798

On this day Andrea Jones appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this _13th_ day of _September_ 200_6_.

NOTARY PUBLIC FOR THE STATE OF TEXAS

PCP Inv. #B09060016
Private Process Server
Professional Civil Process Beaumont
595 Orleans Street, Suite 730 Beaumont, Texas 77701
(409) 835-8322



TWANA B. WILSON
Notary Public, State of Texas
My Commission Expires
July 21, 2010

Service Fee: _.00_
Witness Fee: _.00_
Mileage Fee: _.00_