**EXHIBIT 2**

NO. 06-453A

| | |
|---|---|
| LAURA L. QUALLS, | ) IN THE DISTRICT COURT |
| | ) |
| Plaintiff | ) |
| | ) |
| VS. | ) 216TH JUDICIAL DISTRICT |
| | ) |
| CONCHO CELLULAR TELEPHONE | ) |
| CO., D/B/A CELLULAR ONE, | ) |
| SERVING CENTRAL TEXAS AND | ) |
| THE HILL COUNTRY and | ) |
| KENT FOSTER, | ) |
| | ) |
| Defendants | ) KERR COUNTY, TEXAS |

---------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

ANGELA MARIE DAVIS

AUGUST 14, 2006

---------------------------------------

1        ORAL AND VIDEOTAPED DEPOSITION OF ANGELA

2    MARIE DAVIS, produced as a witness at the instance

3    of the Plaintiff, and duly sworn, was taken in the

4    above-styled and numbered cause on the 14th of

5    August, 2006, from 2:04 p.m. to 3:20 p.m., before

6    Twila Coshal, CRR, CSR in and for the State of

7    Texas, reported by machine stenography, in the Kerr

8    County Court at Law Courtroom, Kerr County

9    Courthouse, Kerrville, Texas 78208, pursuant to the

10   Texas Rules of Civil Procedure and the provisions

11   stated on the record or attached hereto.

12                      * - * - * - * - *

13

14                      I N D E X

15
                                              PAGE
16
     Appearances                               3
17
     Exhibit Marked                            3
18
     ANGELA MARIE DAVIS
19
         Examination by Mr. Ellison           4
20
     Certified Question                       46
21
     Changes and Signature                    50
22
     Reporter's Certificate                   52
23

24                      * - * - * - * - *

25

```
1                    A P P E A R A N C E S

2

     FOR LAURA L. QUALLS and CHARLES LaCROIX:
3

          Mr. Richard L. Ellison
4         RICHARD L. ELLISON, P.C.
          327 Earl Garrett Street
5         Suite 106
          Kerrville, Texas  78028
6

     FOR THE DEFENDANTS:
7

          Mr. Matthew R. Pearson
8         GRAVELY & PEARSON, L.L.P.
          111 Soledad, Suite 300
9         San Antonio, Texas  78205

10   ALSO APPEARING:

11        Charles LaCroix
          Also Present
12
          Twila Coshal
13        Certified Shorthand Reporter

14        Lillian C. Ellison
          Videographer
15

16
                         *-*-*-*-*
17

18
               E X H I B I T S    M A R K E D
19

20                                         PAGE FIRST
     NUMBER              DESCRIPTION        REFERENCED
21

22      10        8-7-06 Smith/Davis e-mails      46

23

24                       *-*-*-*-*

25
```

Page 4

1                    ANGELA MARIE DAVIS,

2   the witness, having been first duly sworn to tell

3   the truth, was examined and testified as follows:

4                         EXAMINATION

5   BY MR. ELLISON:

6        Q.   Ms. Davis, tell me your full name,

7   please.

8        A.   Angela Marie Davis.

9        Q.   And we're here in the County Court at Law

10  courtroom in Kerrville today.  Right?

11       A.   Right.

12       Q.   To give your deposition.

13       A.   Yes, sir.

14       Q.   And you just raised your hand and swore

15  to tell the truth.  Right?

16       A.   Yes, sir.

17       Q.   Okay.  Have you ever given a deposition?

18       A.   No.

19       Q.   Have you ever testified in court?

20       A.   No.

21       Q.   Let me give you some ground rules then.

22  Even though this is fairly informal, this is a

23  court proceeding.  You're giving testimony that

24  could be used in a trial in this case, or hearing.

25  Do you understand that?

1       A.    Concho Cellular.

2       Q.    What was your job title?

3       A.    Executive assistant to Kent Foster.

4       Q.    And how long did you have that position?

5       A.    Since August of 2005 --

6       Q.    What --

7       A.    -- I believe.

8       Q.    I'm sorry.

9       A.    August of 2005.  I started in a different

10   position.

11      Q.    What did you start in?

12      A.    I was administrative assistant to the

13   sales and marketing director when I first started

14   in June of '04.

15      Q.    What was his or her name?

16      A.    Kimberly Hardy.

17      Q.    Was that at Concho?

18      A.    Yes.

19      Q.    Did you also work for the radio company?

20      A.    No, sir.

21      Q.    What was your starting salary?

22      A.    Fourteen dollars an hour when I started.

23      Q.    What was your salary or wage rate when

24   you left?

25      A.    Eighteen an hour.

1      Q.    What was your -- I'm kind of hot.  I'm

2    forgetting.  What was your job title when you went

3    on medical leave?

4      A.    Executive assistant to Kent Foster.

5      Q.    Okay.  What duties did that involve?

6      A.    Basically taking care of his horse

7    business, making sure that his personal bills and

8    things like that were taken care of, paid, and

9    assisting him in any way that he asked, when he

10   would call or, you know, he was in the office,

11   anything that he asked me to do.  Sold some

12   property of his; you know, different things.  You

13   know, just take care of his affairs, basically,

14   and -- his business affairs.  Personal and

15   business.

16     Q.    Were you working for him when American

17   Cellular Corporation entered the asset purchase

18   agreement with Concho?

19     A.    Yes.

20     Q.    Were you working for Mr. Foster when that

21   agreement got finalized and closed?

22             MR. PEARSON:  Object to the form.

23   You can answer.

24     A.    I believe so.  I mean, I know that there

25   was one closing, and I was there, and he signed

```
 1                    MR. ELLISON:  Just bear with me a

 2     minute here.  Let's go off the record a moment.

 3                    (Deposition in recess 2:35-2:49.)

 4        Q.   (BY MR. ELLISON)  Do you have check-

 5     signing authority for Mr. Foster?

 6        A.   No, sir.

 7        Q.   Do you know who does besides Foster?

 8        A.   Yes, sir.

 9        Q.   Who?

10        A.   Jana Smith.

11        Q.   Does he have accounts in the Cayman

12     Islands?

13        A.   Not that I'm aware of.

14        Q.   Do you know who his main bankers are?

15        A.   He has a personal banker back in D.C.

16        Q.   What's his name?

17        A.   Personal account.  Sandy Haller.

18        Q.   Is that a man or a woman?

19        A.   Woman.

20        Q.   Sandy what?

21        A.   Haller, H-a-l-l-e-r.

22        Q.   What bank?

23        A.   P&C Bank.  Used to be Ricks.

24        Q.   Is that where he does most of his

25     personal banking?
```

1      Q.   Jana told you?

2      A.   Yes, sir.

3      Q.   Did she give you any specifics?

4      A.   Not really, no.

5      Q.   Is this Pea Pack account still open?

6      A.   As far as I know.

7      Q.   Is the Gladstone bank account still open?

8      A.   Pea Pack Gladstone is the same thing.

9      Q.   Oh, okay.  Do you have any knowledge

10   about Charles LaCroix getting a $100,000 payment

11   in --

12                    MR. LACROIX:   June.

13      Q.   (BY MR. ELLISON)  Do you have any

14   knowledge about Charles LaCroix getting a payment

15   from Concho this past June for $100,000?

16      A.   I just remember a phone call that I got

17   from Charles looking for Kent, and I think that's

18   what it was about, but I didn't know details.

19      Q.   Okay.  Was Kent Foster traveling in July?

20                    MR. PEARSON:   Object to the form.

21      A.   Yes.

22      Q.   (BY MR. ELLISON)  Where?

23      A.   Boston.  Actually, Medford, Massachusetts.

24      Q.   To see Optasite?

25      A.   No, it was for school, I believe.  He was

Page 40

1    in a global master of arts program there, and they

2    were finishing up their residency.

3        Q.    What university is that?

4        A.    Tufts University.

5        Q.    In July did he travel outside the U.S.?

6        A.    Not that I'm aware of.

7        Q.    June?

8        A.    No, sir.

9        Q.    In the last six months has he traveled

10   outside the United States?

11       A.    No, sir, not that I'm aware of.

12       Q.    Give me a minute here.   What is Jim

13   Huryan's daughter's name?

14       A.    Jamie Huryan.

15       Q.    Where does she live?

16       A.    Houston, I believe, right now.

17       Q.    Was she Kent Foster's girlfriend?

18       A.    Yes, sir.

19       Q.    Did she get a salary?

20       A.    Yes, sir.

21       Q.    Who paid it?

22       A.    Concho.

23       Q.    How much?

24       A.    I don't think it was very much.   I don't

25   remember exactly how much.

1      Q.   What financial institution was that?

2      A.   Pea Pack Gladstone Bank.  And I believe

3  that was discontinued.  They cut the card up after

4  the closing, I believe.

5      Q.   Do you know what CPA firm Concho uses?

6      A.   No, sir, I don't.  I don't know the name

7  of it.  There was another firm, but I don't know

8  the name of it.

9      Q.   Do you know what CPA firm Kent Foster

10 uses?

11     A.   Not other than Larry Greenwald.

12          MR. ELLISON:  Let's go off the

13 record.  Give me about two minutes, and I think

14 we're about done.

15          (Deposition in recess 3:09-3:13.)

16          MR. ELLISON:  Back on the record.

17     Q.   (BY MR. ELLISON)  Did you attend the

18 leadership conference in South Padre Island this

19 past spring?

20     A.   Yes, sir.

21     Q.   When was that?

22     A.   I think it was like May 17th.

23     Q.   And Kent Foster was there?

24     A.   Yes, sir.

25     Q.   Jana Smith was there?

1       A.    No, sir.

2       Q.    Teresa Rogers?

3       A.    No, sir.

4       Q.    Teresa -- is that her name, Teresa

5    Rogers?

6       A.    Yes, sir.

7       Q.    Mr. LaCroix?

8       A.    Yes, sir.

9       Q.    What was the purpose of that meeting?

10      A.    I understood it was to bring in

11   investors, basically, introduce them to our

12   business plan.

13      Q.    Now, was this for the GTI deal?

14      A.    Yes.

15      Q.    Do you know why the GTI deal didn't go

16   forward?

17      A.    No, sir.

18      Q.    Has Foster told you why it didn't go

19   forward?

20      A.    No, sir.

21      Q.    Was there a time when you reported to

22   Laura Qualls?

23      A.    Yes, sir.

24      Q.    What did you do for Laura?

25      A.    Accounts payable clerk.

1      A.    No, sir.

2      Q.    Teresa Rogers?

3      A.    No, sir.

4      Q.    Teresa -- is that her name, Teresa

5    Rogers?

6      A.    Yes, sir.

7      Q.    Mr. LaCroix?

8      A.    Yes, sir.

9      Q.    What was the purpose of that meeting?

10     A.    I understood it was to bring in

11   investors, basically, introduce them to our

12   business plan.

13     Q.    Now, was this for the GTI deal?

14     A.    Yes.

15     Q.    Do you know why the GTI deal didn't go

16   forward?

17     A.    No, sir.

18     Q.    Has Foster told you why it didn't go

19   forward?

20     A.    No, sir.

21     Q.    Was there a time when you reported to

22   Laura Qualls?

23     A.    Yes, sir.

24     Q.    What did you do for Laura?

25     A.    Accounts payable clerk.

1                    CHANGES AND SIGNATURE

2     WITNESS:  ANGELA MARIE DAVIS

3     DATE OF DEPOSITION:  AUGUST 14, 2006

4     PAGE/LINE              CHANGE              REASON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              I, ANGELA MARIE DAVIS, have read the

 2    foregoing deposition and hereby affix my signature

 3    that same is true and correct, except as noted

 4    above.

 5

 6

 7                      ANGELA MARIE DAVIS

 8

 9    THE   STATE  OF                )

10    THE COUNTY OF                  )

11          Before me,                         , on

12    this day personally appeared ANGELA MARIE DAVIS,

13    known to me, or proved to me under oath or through

14                        (description of identity

15    card or other document) to be the person whose name

16    is subscribed to the foregoing instrument, and

17    acknowledged to me that she executed the same for

18    the purposes and consideration therein expressed.

19          Given under my hand and seal of office

20    this      day of               , 2006.

21

22

23                      NOTARY PUBLIC IN AND FOR
                        THE STATE OF
24

25
```

NO. 06-453A

| LAURA L. QUALLS, | ) IN THE DISTRICT COURT |
|---|---|
| Plaintiff | ) |
| | ) |
| VS. | ) 216TH JUDICIAL DISTRICT |
| | ) |
| CONCHO CELLULAR TELEPHONE | ) |
| CO., D/B/A CELLULAR ONE, | ) |
| SERVING CENTRAL TEXAS AND | ) |
| THE HILL COUNTRY and | ) |
| KENT FOSTER, | ) |
| | ) |
| Defendants | ) KERR COUNTY, TEXAS |

REPORTER'S CERTIFICATION
DEPOSITION OF ANGELA MARIE DAVIS
AUGUST 14, 2006

I, TWILA COSHAL, CRR, Certified Shorthand
Reporter in and for the State of Texas, hereby
certify to the following:

That the witness, ANGELA MARIE DAVIS, was
duly sworn by the officer and that the transcript
of the oral deposition is a true record of the
testimony given by the witness;

That the deposition transcript was
submitted on                  to the witness or to the
attorney for the witness for examination and
signature, to be returned to me by                  ;

That the amount of time used by each
party at the deposition is as follows:
Mr. Richard L. Ellison - 0:58
Mr. Matthew R. Pearson - 0:00

53

That pursuant to information given to the
deposition officer at the time said testimony was
taken, the following includes counsel for all
parties of record:

Mr. Richard L. Ellison, Attorney for Plaintiff
Mr. Matthew R. Pearson, Attorney for
Defendants

I further certify that I am neither
counsel for, related to, nor employed by any of the
parties or attorneys in the action in which this
proceeding was taken, and further that I am not
financially or otherwise interested in the outcome
of the action.

Further certification requirements
pursuant to Rule 203 of TRCP will be fulfilled
after they have occurred.

Certified to by me this 15th day of
August, 2006.

TWILA COSHAL, CSR, CRR
Texas CSR No. 1066
Expiration Date: 12/31/2006
Greenwalt Court Reporting
245 Waring-Welfard Road
Boerne, Texas 78006-7926
(830) 537-4223

54

FURTHER CERTIFICATION UNDER RULE 203 TRCP

The original deposition ( )was ( )was not

returned to the deposition officer on                  .

If returned, the attached Changes and

Signature page contains any changes and the reasons

therefor;

If returned, the original deposition was

delivered to Richard L. Ellison, Custodial

Attorney;

That $                  is the deposition

officer's charges to the Plaintiff for preparing

the original deposition transcript and any copies

of exhibits;

That the deposition was delivered in

accordance with Rule 203.3, and that a copy of this

certificate was served on all parties shown herein

and filed with the Clerk.

Certified to by me this                  day of

                  , 2006.

TWILA COSHAL, CSR, CRR
Texas CSR No. 1066
Expiration Date: 12/31/2006
Greenwalt Court Reporting
245 Waring-Welfard Road
Boerne, Texas 78006-7926
(830) 537-4223