IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
..............................................................................  *
                                                          :
DARRELL BAUGUESS, ET AL,                                  :
                                                          :
              Plaintiffs,                                 :   Case No.: 1:06CV01424/EGS
                                                          :
v.                                                        :
                                                          :
KENT S. FOSTER, ET AL.                                    :
                                                          :
              Defendants.                                 :
..............................................................................  *
```

## CONSENT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiffs Darrell Bauguess and Peter Lewis, with the consent of all of the Defendants, hereby move the Court for entry of the attached Agreed Final Judgment to resolve the above-captioned matter. The parties have entered into a Release, an agreement that is contingent upon the entry by this Court of the attached Agreed Final Judgment by which the Plaintiffs will recover nothing from the defendants and that each party will bear its own costs. The attached Agreed Final Judgment has been executed by all of the parties to this case and their counsel.

Due to certain contingencies contained in the Release, the Plaintiffs respectfully request that this Court consider this motion and grant the requested relief as soon as is practicable.

Respectfully submitted,

_/s/ William H. Crispin_
William H. Crispin (D.C. Bar No. 363770)
Lauren A. Greenberg (D.C. Bar No. 466846)
CRISPIN & ASSOCIATES, P.L.L.C.
555 13th Street, N.W., Ste 420W
Washington, D.C. 20004
(202) 828-0152 - telephone
(202) 828-0158 - facsimile
wcrispin@crispinlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGUESS, ET AL, | |
| Plaintiffs, | Case No.: 1:06CV01424/EGS |
| v. | |
| KENT S. FOSTER, ET AL. | **AGREED** <br> **FINAL JUDGMENT** |
| Defendants. | |

On this the _____ day of October, 2006 came on to be considered the above entitled and numbered case. The parties appeared in open court with this Agreed Final Judgment, which the Court finds is well taken. It is therefore

ORDERED, ADJUDGED and DECREED that Peter T. Lewis and Darrell Bauguess have and recover nothing of and from Defendants, Kent S. Foster, Lone Star Wireless, Inc., and American Cellular Corporation.

This is a final judgment, disposing of all claims by all parties.

Court costs are adjudged against the party incurring them, for which let no execution issue.

Signed this the _____ day of _____, 2006.

_____
**Judge Presiding**

1

Approved as to form and substance and entry requested:

By: _____
William H. Crispin
DC Bar No. 363770
Crispin & Associates
555 13th Street, NW, Suite 420 West
Washington, DC 20004
(202) 828-0153
(202) 828-0158, fax
COUNSEL FOR PLAINTIFF

By: _____
Peter Lewis, Plaintiff

By: _____
Darrell Bauguess, Plaintiff

**AMERICAN CELLULAR CORPORATION**

By: _____
Ronald Ripley

By: _____
Allen R. Dial
DC Bar No. 450278
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006-4706
(202) 661-7977
(202) 626-3737, fax
ATTORNEY FOR AMERICAN CELLULAR

By: _____
Kent S. Foster, Individually

2

Approved as to form and substance and entry requested:

By: _____
William H. Crispin
DC Bar No. 363770
Crispin & Associates
555 13th Street, NW, Suite 420 West
Washington, DC 20004
(202) 828-0153
(202) 828-0158, fax
COUNSEL FOR PLAINTIFF

By: _____
Peter Lewis, Plaintiff

By: _____
Darrell Bauguess, Plaintiff


**AMERICAN CELLULAR CORPORATION**

By: _____
Ronald Ripley

By: _____
Allen R. Dial
DC Bar No. 450278
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006-4706
(202) 661-7977
(202) 626-3737, fax
ATTORNEY FOR AMERICAN CELLULAR


By: _____
Kent S. Foster, Individually

2

Approved as to form and substance and entry requested:

By: /s/ William H. Crispin
William H. Crispin
DC Bar No. 363770
Crispin & Associates
555 13th Street, NW, Suite 420 West
Washington, DC 20004
(202) 828-0153
(202) 828-0158, fax
COUNSEL FOR PLAINTIFF

By: _____
Peter Lewis, Plaintiff

By: _____
Darrell Bauguess, Plaintiff


AMERICAN CELLULAR CORPORATION

By: /s/ Ronald Ripley, Vice President
Ronald Ripley, Vice President

By: /s/ Allen R. Dial
Allen R. Dial
DC Bar No. 450278
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006-4706
(202) 661-7977
(202) 626-3737, fax
ATTORNEY FOR AMERICAN CELLULAR


By: /s/ Kent S. Foster
Kent S. Foster, Individually

By: _____
**Harry Herzog**
TX Bar No. 09548200
Herzog, Carp & McManus
7500 San Felipe, Suite 675
Houston, Texas 77063-1711
(713) 781-7500
(713) 781-4797, fax
ATTORNEY FOR KENT FOSTER


**LONE STAR WIRELESS, INC.**

By: _____
Kent S. Foster, President


By: _____
**Barry H. Gottfried**
DC Bar No. 246280
Pillsbury, Winthrop, Shaw, Pittman, LLP
2300 N Street, N.W.
Washington, DC 20037-1122
(202) 663-8184, phone
(202) 663-8007, fax
ATTORNEY FOR LONE STAR WIRELESS

By: _____
Harry Herzog
TX Bar No. 09548200
Herzog, Carp & McManus
7500 San Felipe, Suite 675
Houston, Texas 77063-1711
(713) 781-7500
(713) 781-4797, fax
ATTORNEY FOR KENT FOSTER


LONE STAR WIRELESS, INC.

By: _____
Kent S. Foster, President

By: _____
Barry H. Gottfried
DC Bar No. 246280
Pillsbury, Winthrop, Shaw, Pittman, LLP
2300 N Street, N.W.
Washington, DC 20037-1122
(202) 663-8184, phone
(202) 663-8007, fax
ATTORNEY FOR LONE STAR WIRELESS