IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARRELL BAUGUESS, ET AL., | |
| Plaintiffs, | Case No.: 1:06CV01424/EGS |
| v. | |
| KENT S. FOSTER, ET AL. | **AGREED FINAL JUDGMENT** |
| Defendants. | |

On this the 27th day of October, 2006 came on to be considered the above entitled and numbered case. The parties appeared in open court with this Agreed Final Judgment, which the Court finds is well taken. It is therefore

ORDERED, ADJUDGED and DECREED that Peter T. Lewis and Darrell Bauguess have and recover nothing of and from Defendants, Kent S. Foster, Lone Star Wireless, Inc., and American Cellular Corporation.

This is a final judgment, disposing of all claims by all parties.

Court costs are adjudged against the party incurring them, for which let no execution issue.

Signed this the 27th day of October, 2006.

_Emmet G. Sullivan_
Judge Presiding

1